1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   NOA E. OREN, #297100
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700/Facsimile: (916) 498-5710
5   Noa_Oren@fd.org

6   Attorney for Defendant
    DION L. JOHNSON II
7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           Case No. 2:15-cr-00134 GEB

11          Plaintiff,          )
                                )
12      v.                      )   **STIPULATION AND [PROPOSED] ORDER**
                                )   **TO CONTINUE STATUS CONFERENCE**
                                )   **AND TO EXCLUDE TIME**
13  DION L. JOHNSON II et al.,  )
                                )   Date:   June 17, 2016
14          Defendants.         )   Time:  9:00 a.m.
                                )   Judge: Garland E. Burrell
15                              )
                                )
16                              )

17

18          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney,

19  through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather

20  Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion

21  Laroy Johnson II, and defendant, London Jamal Webb, by and through his counsel, William E.

22  Bonham that the status conference set for June 17, 2016, be continued to August 19, 2016 at 9:00

23  a.m.

24          The reason for this continuance is to allow defense counsel additional time to review

25  discovery with the defendants, to examine possible defenses and to continue investigating the

26  facts of the case.

27  ///

28

    Stipulation and [Proposed] Order to Continue and          -1-          *U.S. v. Webb et al, 15-cr-134 GEB*
    Exclude Time

1    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

2    excluded of this order's date through and including August 19, 2016;  pursuant to 18 U.S.C.

3    §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

4    based upon continuity of counsel and defense preparation.

5    Counsel and the defendants also agree that the ends of justice served by the Court

6    granting this continuance outweigh the best interests of the public and the defendants in a speedy

7    trial.

8    Respectfully submitted,

9    DATED:  June 15, 2016          HEATHER E. WILLIAMS
                                     Federal Defender
10

11                                   */s/ Noa E. Oren*
                                     NOA E. OREN
12                                   Assistant Federal Defender
                                     Attorney for Defendant
13                                   DION L. JOHNSON II

14   DATED:  June 15, 2016          */s/ William E. Bonham*
                                     WILLIAM E. BONHAM
15                                   Attorney for Defendant
                                     LONDON JAMAL WEBB
16

17

18   DATED:  June 15, 2016          PHILLIP A. TALBERT
                                     Acting United States Attorney
19

20                                   */s/ Justin Lee*
                                     JUSTIN LEE
21                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
22

23

24

25

26

27

28

1

**O R D E R**

2          The Court, having received, read, and considered the stipulation of the parties, and good

3  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4  that the failure to grant a continuance in this case would deny defense counsel reasonable time

5  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6  finds that the ends of justice served by granting the continuance outweigh the best interests of the

7  public and defendants in a speedy trial.

8          The Court orders the status conference rescheduled for August 19, 2016, at 9:00 a.m.

9  The Court orders the time from the date of the parties stipulation, up to and including August 19,

10  2016, excluded from computation of time within which the trial of this case must commence

11  under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

12  Dated:  June 15, 2016

13

14  _____

15  GARLAND E. BURRELL, JR.
    Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue and          -3-          *U.S. v. Webb et al, 15-cr-134 GEB*
Exclude Time