William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
LONDON WEBB



                    UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-CR-00134-GEB |
|           Plaintiff, | |
|      v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| LONDON WEBB, | Date: October 21, 2016 |
|           Defendant. | Time: 9:00 am Judge: Hon. Garland E. Burrell, Jr. |

     The defendant, LONDON WEBB, by and through his undersigned

counsel and the United States by and through its undersigned

counsel, hereby agree and request that the status conference

currently set for Friday, October 21, 2016 at 9:00 am be vacated

and reset on Friday, December 9, 2016 at 9:00 am.

     A continuance is necessary to allow counsel for the

defendant and for the government additional time to investigate

and attempt to negotiate a resolution of the pending charges.

     The parties further stipulate that the failure to grant a

continuance in this matter would deny counsel reasonable time

                                1

1    necessary for effective preparation, taking into account the

2    exercise of due diligence; that the ends of justice served by

3    granting this continuance outweigh the best interest of the

4    public and the defendant in a speedy trial; and that time should

5    be excluded from the computation of time within which trial must

6    commence under the Speedy Trial Act from October 21, 2016, up to

7    and including December 9, 2016, pursuant to 18 U.S.C. § 3161

8    (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

9    counsel reasonable time to prepare.

10        I, William E. Bonham, the filing party, have received

11   authorization from AUSA Justin Lee to sign and submit this

12   stipulation and proposed order on her behalf.

13        Accordingly, the defense and the United States agree and

14   stipulate that the status conference for defendant London Webb

15   should be reset for Friday, December 9, 2016 at 9:00 am before

16   the Honorable Garland E. Burrell, Jr.

17   Dated: October 12, 2016           PHILLIP A. TALBERT
                                        Acting United States Attorney
18
                                        By:/s/ Justin Lee
19                                      JUSTIN LEE
                                        Assistant U.S. Attorney
20

21   Dated: October 12, 2016           By:/s/ William Bonham
                                        WILLIAM BONHAM
22                                      Counsel for defendant
                                        LONDON WEBB
23

24

25

26

27

28

1

## ORDER

2        The status conference currently set for Friday, October 21,

3    2016 at 9:00 am is vacated and reset for Friday, December 9,

4    2016, at 9:00 am.

5        I find that the failure to grant such a continuance would

6    deny counsel reasonable time necessary for effective preparation,

7    taking into account the exercise of due diligence. Accordingly,

8    the time within which the trial of this case must be commenced

9    under the Speedy Trial Act is excluded from October 21, 2016, up

10   to and including the date of the new change of plea hearing,

11   December 9, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

12   (B)(iv) and Local Code T4.  I specifically find that the ends of

13   justice served by granting this continuance outweigh the best

14   interest of the public and defendants in a speedy trial within

15   the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local

16   Code T-4.

17       Dated:  October 13, 2016

18

19                                _____

20                                GARLAND E. BURRELL, JR.
                                  Senior United States District Judge

21

22

23

24

25

26

27

28

3