HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
DION L. JOHNSON II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONDON J. WEBB et al.,<br><br>Defendants. | Case No. 2:15-cr-00134 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:   December 9, 2016<br>Time:   9:00 a.m.<br>Judge: Garland E. Burrell |
|---|---|

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, U.S. Attorney, through Justin Lee, Assistant United States Attorney and attorney for Plaintiff, William E. Bonham, attorney for London J. Webb, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, that the status conference set for December 9, 2016, be continued to February 24, 2017 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 24, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

DATED:  December 5, 2016           HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Noa E. Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DION L. JOHNSON II

DATED:  December 5, 2016           */s/ William E. Bonham*
                                   WILLIAM E. BONHAM
                                   Attorney for Defendant
                                   LONDON J. WEBB

DATED:  December 5, 2016           PHILLIP A. TALBERT
                                   United States Attorney

                                   */s/ Justin Lee*
                                   JUSTIN LEE
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for February 24, 2017, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including February 24, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  December 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge