| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Noa_Oren@fd.org |
| 6 | Attorney for Defendant |
| | DION L. JOHNSON II |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-00134-GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **TO CONTINUE STATUS CONFERENCE** |
| | ) **AND EXCLUDE TIME** |
| LONDON J. WEBB et al., | ) |
| | ) Date: June 30, 2017 |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell |
| | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney and attorney for Plaintiff, William E. Bonham, attorney for London J. Webb, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, that the status conference set for June 30, 2017, be continued to August 25, 2017 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 25, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue and Exclude Time    -1-    *U.S. v. Webb et al, 15-cr-134 GEB*

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

DATED: June 27, 2017       HEATHER E. WILLIAMS
                           Federal Defender

                           */s/ Noa E. Oren*
                           NOA E. OREN
                           Assistant Federal Defender
                           Attorney for Defendant
                           DION L. JOHNSON II

DATED: June 27, 2017       */s/ William E. Bonham*
                           WILLIAM E. BONHAM
                           Attorney for Defendant
                           LONDON J. WEBB

DATED: June 27, 2017       PHILLIP A. TALBERT
                           United States Attorney

                           */s/ Justin Lee*
                           JUSTIN LEE
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for August 25, 2017, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 25, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: June 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge