| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Noa_Oren@fd.org |
| 6 | Attorney for Defendant<br>DION L. JOHNSON II |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00134-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | ) | |
| LONDON J. WEBB et al., | ) | |
| | ) | Date: August 25, 2017 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney and attorney for Plaintiff, William E. Bonham, attorney for London J. Webb, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Dion Laroy Johnson II, that the status conference set for August 25, 2017, be continued to September 29, 2017 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to continue investigating the facts of the case and negotiating a possible resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 29, 2017; pursuant to 18 U.S.C.§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Stipulation and Order to Continue and Exclude Time     -1-     *U.S. v. Webb et al, 15-cr-134 GEB*

Code T4 based upon continuity of counsel and defense preparation.

    Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

                                  Respectfully submitted,

DATED: August 22, 2017          HEATHER E. WILLIAMS
                                        Federal Defender

                                          */s/ Noa E. Oren*
                                          NOA E. OREN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          DION L. JOHNSON II

DATED: August 22, 2017          */s/ William E. Bonham*
                                          WILLIAM E. BONHAM
                                          Attorney for Defendant
                                          LONDON J. WEBB

DATED:  August 22, 2017          PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Justin Lee*
                                          JUSTIN LEE
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for September 29, 2017, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including September 29, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: August 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge