1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone:(916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net
5

6  Attorney for defendant
   LONDON WEBB
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-CR-00134-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| WEBB et. al., | Date: November 3, 2017 |
| Defendant. | Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

The defendants, LONDON WEBB and DION JOHNSON, by and through their undersigned counsels and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, November 3, 2017 at 9:00 am be vacated and reset on Friday, December 1, 2017 at 9:00 am.

A continuance is necessary to allow counsel for the defendants and for the government additional time to investigate, research and attempt to negotiate a resolution of the pending charges.

The parties further stipulate that the failure to grant a

1

continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from November 3, 2017, up to and including December 1, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendants London Webb and Dion Johnson should be reset for Friday, December 1, 2017 at 9:00 am before the Honorable Garland E. Burrell, Jr.

| | |
|---|---|
| Dated: November 1, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Justin Lee<br>JUSTIN LEE<br>Assistant U.S. Attorney |
| Dated: November 1, 2017 | /s/ William Bonham<br>WILLIAM BONHAM<br>Attorney for defendant<br>LONDON WEBB |
| Dated: November 1, 2017 | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ Linda Allison<br>LINDA ALLISON<br>Assistant Federal Defender<br>Attorney for defendant<br>DION JOHNSON |

**ORDER**

The status conference currently set for Friday, November 3, 2017 at 9:00 am is vacated and reset for Friday, December 1, 2017, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from November 3, 2017, up to and including the date of the new change of plea hearing, December 1, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(IV) and Local Code T-4.

Dated: November 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge