1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone:(916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net

6  Attorney for defendant
   LONDON WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-CR-00134-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| LONDON WEBB, | Date: January 12, 2018 |
| Defendant. | Time: 9:00 am |
| | Judge: Hon. Garland E. Burrell, Jr. |

The defendant, LONDON WEBB, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, January 12, 2018 at 9:00 am be vacated and reset on Friday, February 2, 2018 at 9:00 am.

A continuance is necessary to allow counsel for the defendant and for the government additional time to investigate, research, and meet and confer to attempt to negotiate a resolution of the pending charges.

The parties further stipulate that the failure to grant a

1

continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from January 12, 2018, up to and including February 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant London Webb should be reset for Friday, February 2, 2018 at 9:00 am before the Honorable Garland E. Burrell, Jr.

Dated: January 10, 2018        PHILLIP A. TALBERT
                               United States Attorney

                               /s/ Justin Lee
                               JUSTIN LEE
                               Assistant U.S. Attorney


Dated: January 10, 2018        /s/ William Bonham
                               WILLIAM BONHAM
                               Attorney for defendant
                               LONDON WEBB

**ORDER**

The status conference currently set for Friday, January 12, 2018 at 9:00 am is vacated and reset for Friday, February 2, 2018, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from January 12, 2018, up to and including the date of the new change of plea hearing, February 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated: January 11, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge