William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
LONDON WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LONDON WEBB,<br><br>        Defendant. | No. 2:15-CR-00134-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: April 27, 2018<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

    The defendant, LONDON WEBB, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, April 27, 2018 at 9:00 am be vacated and reset on Friday, June 1, 2018 at 9:00 am.

    A continuance is necessary to allow counsel for the defendant and for the government additional time to investigate, research, and meet and confer to attempt to negotiate a resolution of the pending charges.

    The parties further stipulate that the failure to grant a

1

continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from April 27, 2018, up to and including June 1, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant London Webb should be reset for Friday, June 1, 2018 at 9:00 am before the Honorable Garland E. Burrell, Jr.

| | |
|---|---|
| Dated: April 25, 2018 | McGREGOR SCOTT<br>United States Attorney<br><br>/s/ Justin Lee<br>JUSTIN LEE<br>Assistant U.S. Attorney |
| Dated: April 25, 2018 | /s/ William Bonham<br>WILLIAM BONHAM<br>Attorney for defendant<br>LONDON WEBB |

**ORDER**

The status conference currently set for Friday, April 27, 2018 at 9:00 am is vacated and reset for Friday, June 1, 2018, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 27, 2018, up to and including the date of the new change of plea hearing, June 1, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated: April 26, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge