1

2  CLEMENTE M. JIMÉNEZ, ESQ.
   California State Bar Number 207136
3  431 I Street, Suite 102
   Sacramento, CA 95814
4  (916) 443-8055

5  Attorney for LONDON WEBB

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | Case No.: 2:15-cr-134 TLN

11 |          Plaintiff,               | STIPULATION AND ORDER
                                       | VACATING DATE, CONTINUING
12 |     vs.                           | CASE, AND EXCLUDING TIME

13 | LONDON WEBB, et al.               | DATE:  April 15, 2021
14 |                                   | TIME:  9:30 a.m.
                                       | JUDGE: Hon. Troy L. Nunley
15 |          Defendants.

16

17       IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Justin Lee, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for London Webb,

19 that the status conference scheduled for April 15, 2021, be vacated and the matter

20 continued to this Court's criminal calendar on June 17, 2021, at 9:30 a.m., for further

21 status conference. *This proposed stipulation relates to defendant Webb only.*

22       Defense counsel will require additional time to review discovery and conduct

23 further investigation, as necessary.

24       The parties further agree that the failure to grant the requested continuance would

25 deny defense counsel reasonable time necessary for effective preparation, taking into

26 account the exercise of due diligence.

27       IT IS FURTHER STIPULATED that time within which the trial of this case must

28 be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

04/13/21

1    from the date of the parties' stipulation, April 12, 2021, to and including June 17, 2021,

2    from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

3    4), and that the ends of justice served in granting the continuance and allowing the

4    defendant further time to prepare outweigh the best interests of the public and the

5    defendant to a speedy trial.

6

7    DATED:      April 12, 2021              /S/      Justin Lee
                                             Phillip A. Talbert
8                                            Acting United States Attorney
                                             by JUSTIN LEE
9                                            Attorney for Plaintiff

10

11

12   DATED:      April 12, 2021              /S/      Clemente M. Jiménez
                                             CLEMENTE M. JIMÉNEZ
13                                           Attorney for London Webb

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

04/13/21

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter scheduled for April 15, 2021, be vacated and the matter continued to June 17, 2021, at 9:30 a.m., for further status conference.  The Court finds that 1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and 2) the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

It is hereby ordered that time under the Speedy Trial Act be excluded from the date of the parties' stipulation, April 12, 2021, to and including June 17, 2021, from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for defense preparation.

Dated: April 13, 2021

Troy L. Nunley
United States District Judge

04/13/21