CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LONDON WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LONDON WEBB, et al.<br><br>    Defendants. | Case No.: 2:15-CR-134 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  June 17, 2021<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for London Webb, that the status conference scheduled for June 17, 2021, be vacated and the matter continued to this Court's criminal calendar on August 26, 2021, at 9:30 a.m., for further status conference. *This proposed stipulation relates to defendant Webb only*.

    Defense counsel will require additional time to review discovery and conduct further investigation, as necessary.

    The parties further agree that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

06/15/21

from the date of the parties' stipulation, June 15, 2021, to and including August 26, 2021, from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     June 15, 2021          /S/     Justin Lee
                                   Phillip A. Talbert
                                   Acting United States Attorney
                                   by JUSTIN LEE
                                   Attorney for Plaintiff

DATED:     June 15, 2021          /S/     Clemente M. Jiménez
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for London Webb

06/15/21

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter scheduled for June 17, 2021, be vacated and the matter continued to August 26, 2021, at 9:30 a.m., for further status conference. The Court finds that 1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and 2) the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

It is hereby ordered that time under the Speedy Trial Act be excluded from the date of the parties' stipulation, June 15, 2021, to and including August 26, 2021, from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv) for defense preparation.

This 15th day of June, 2021.

_____
Troy L. Nunley
United States District Judge

06/15/21